No. 74–1033.  DANN, COMMISSIONER OF PATENTS AND TRADEMARKS *v.* JOHNSTON.  C. C. P. A.  Motion of Computer & Business Equipment Manufacturers Assn. (CBEMA) for leave to file a brief as *amicus curiae* and certiorari granted.  MR. JUSTICE POWELL took no part in the consideration or decision of this motion and petition.*

No. 74–1047.  HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT *v.* GAUTREAUX ET AL.  C. A. 7th Cir.  Certiorari granted.

No. 74–932.  LEKOMETROS *v.* UNITED STATES;
No. 74–1125.  BERNSTEIN *v.* UNITED STATES; and
No. 74–6227.  JOHN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–984.  MAVER *v.* LOESCH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 74–1021.  ROSSELLI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–1035.  STITT *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 74–1084.  ANDERSON *v.* LANGENWALTER ET AL. C. A. 8th Cir.  Certiorari denied.

---

*See also note, *supra,* p. 956.